| | |
|---|---|
| 1 | Gina Fazio, Esq. #225178 |
|   | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
|   | Fresno, California 93729 |
| 3 | (559) 264-2800 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| MARY ANCHONDO, | ) |
| | ) 1:06-CV-1144 OWW LJO |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 29, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  December 26, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: December 26, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   December 28, 2006**          /s/ Lawrence J. O'Neill
66h44d                                                    UNITED STATES MAGISTRATE JUDGE