1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 MARY ANCHONDO            )
                            )    1:06-CV-1144 OWW LJO
11                          )
           Plaintiff,       )    STIPULATION AND ORDER
12                          )
   vs.                      )
13                          )
   JO ANNE B. BARNHART,     )
14 Commissioner of Social   )
   Security,                )
15                          )
           Defendant.       )
16 _____ )

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 7 day extension of time, until February 5, 2007, in which

20 to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order

21 filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: January 29, 2007 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: January 31, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   January 31, 2007**          **/s/ Lawrence J. O'Neill**
66h44d                    UNITED STATES MAGISTRATE JUDGE