1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| MARY ANCHONDO, | ) | |
|---|---|---|
| | ) | 1:06-CV-1144 OWW LJO |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until March 5, 2007, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, August 28, 2006, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

1 | Dated: February 5, 2007 /s/ Gina Fazio

2 | GINA FAZIO,
Attorney for Plaintiff.

3 | Dated: February 6, 2007

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Mary P. Parnow
(as authorized via facsimile)
MARY P. PARNOW

7 | Special Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   February 13, 2007**            **/s/ Lawrence J. O'Neill**
66h44d                                                    UNITED STATES DISTRICT JUDGE