IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANCHONDO, ) | 1:06cv01144 OWW DLB |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Defendant. ) | |

On August 19, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On August 28, 2006, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On November 30, 2006, Defendant lodged the administrative record. Pursuant to the Scheduling Conference Order and three subsequent extensions of time, Plaintiff was required to file

1

1 her letter brief on or before March 5, 2007. This would have made Plaintiff's opening brief due on
2 or before May 9, 2007. As of the date of this order, Plaintiff has failed to file a brief.
3     Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should
4 not be dismissed for failure to comply with the August 28, 2006, order. Plaintiff is ORDERED to
5 file a written response to this Order to Show Cause within twenty (20) days of the date of this Order.
6 If Plaintiff desires more time to file her brief, she should so state in her response.
7     Failure to respond to this Order to Show Cause will result in dismissal of this action.
8     IT IS SO ORDERED.
9     **Dated:   May 24, 2007**          **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

2